IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Case Number: 4:95CR235-001 |
| ) | |
| ) | |
| ESAU STALEY, III ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above-captioned case filed in the Savannah Division of this Court is currently assigned to the Honorable B. Avant Edenfield,

It is hereby ORDERED that this case be reassigned to the Honorable R. Stan Baker for further plenary disposition.

SO ORDERED this 2nd day of June 2022.

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia